# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 5/4/2020 | 0.58 | PREP: Begin Petition and Schedules; Corporate resolution; Rule 1007 Affidavit | 400.00 |
| Bankruptcy | Kisco Health & | 5/4/2020 | 0.58 | PREP: Prepare questionnaires for CLnt and email | 400.00 |
| Bankruptcy | Kisco Health & | 5/5/2020 | 0.35 | Leases: review Code and Local Rules | 400.00 |
| Bankruptcy | Kisco Health & | 5/5/2020 | 0.56 | PREP: Phone from clnt re steps to file | 400.00 |
| Bankruptcy | Kisco Health & | 5/6/2020 | 0.48 | RETAIN: Prepare NOP Application, NH affidavit; Lar Dan affidavits | 400.00 |
| Bankruptcy | Kisco Health & | 5/6/2020 | 0.23 | LEASE: Begin 365 Motion to reject 350 Lex Ave lease | 400.00 |
| Bankruptcy | Kisco Health & | 5/6/2020 | 0.51 | Lease: Complete motion to reject 350 Lex lease | 400.00 |
| Bankruptcy | Kisco Health & | 5/6/2020 | 0.45 | LEASE: Draft motion to assume new lease | 400.00 |
| Bankruptcy | Kisco Health & | 5/14/2020 | 0.16 | PREP: Emails from and reply to clnt re steps and timing to filing | 400.00 |
| Bankruptcy | Kisco Health & | 5/15/2020 | 0.15 | PREP: Review clnt questionnaire email; Reply to clnt w questions | 400.00 |
| Bankruptcy | Kisco Health & | 5/18/2020 | 0.86 | PREP: Tel Conference with client on existing LL issues; claims to be listed, incl secured equipment; bank account requirements; assets; procedures post filing | 400.00 |
| Bankruptcy | Kisco Health & | 5/18/2020 | 0.13 | PREP: Email draft Local Rule 1007 affid to clnt for review and completion | 400.00 |
| Bankruptcy | Kisco Health & | 5/18/2020 | 0.3 | FILING: Complete Local Rule 1007-2 affidavit | 400.00 |
| Bankruptcy | Kisco Health & | 5/20/2020 | 0.28 | PREP: Enter Property from Clnt email | 400.00 |
| Bankruptcy | Kisco Health & | 5/26/2020 | 0.66 | PREP: Phone w Client reviewing SBRA issues such as Trustee, Plan, and complete 1007 affidavit; and review of additional info needed | 400.00 |
| Bankruptcy | Kisco Health & | 5/27/2020 | 0.46 | PREP: NOP, Application Proposed Order and Affidavit for retetion of Accountant | 400.00 |
| Bankruptcy | Kisco Health & | 5/28/2020 | 0.31 | /Retention: Review and correct docs to | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| | | | | retain accountant; email to accountant and clnt; email clnt Accountant application to review | |
| Bankruptcy | Kisco Health & | 5/30/2020 | 0.1 | PREP: Tel w Clnt re status of new place and timing of filing | 400.00 |
| Bankruptcy | Kisco Health & | 6/2/2020 | 1.06 | Update Schedules w Priority and Uns creditors; new address; email clnt for info needed; emails with accountant | 400.00 |
| Bankruptcy | Kisco Health & | 6/2/2020 | 0.18 | PREP: Emails from and reply to clnt re Accountant | 400.00 |
| Bankruptcy | Kisco Health & | 6/4/2020 | 1.03 | FILING: Review and Update Petition per clnt emails; Review and update Affidavits and Retention Documents; email all to Clnt to review and for info needed | 400.00 |
| Bankruptcy | Kisco Health & | 6/5/2020 | 0.4 | PREP: Continue schedules and docs to be filed with info from clnt and accountant | 400.00 |
| Bankruptcy | Kisco Health & | 6/7/2020 | 0.1 | PREP: review docs to sign, preparing to meet clients to sign for what is needed; email to Accountant for affidavit | 400.00 |
| Bankruptcy | Kisco Health & | 6/7/2020 | 1.51 | PREP: Zoom review with client of documents, correcting, signing and notarizing | 400.00 |
| Bankruptcy | Kisco Health & | 6/8/2020 | 0.41 | PREP: Prepare docs for filing, with conformed signatures | 400.00 |
| Bankruptcy | Kisco Health & | 6/9/2020 | 0.8 | RETENTIONS: Finalize Papers andf file on ECF to retain counsel and acountant | 400.00 |
| Bankruptcy | Kisco Health & | 6/9/2020 | 0.3 | FILING: File Affid of Service of Retention Papers; and prepare Order for Status Conference | 400.00 |
| Bankruptcy | Kisco Health & | 6/9/2020 | 0.1 | PREP: Final Prep Retention Papers to file | 400.00 |
| Bankruptcy | Kisco Health & | 6/9/2020 | 0.3 | FILE | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.18 | UST: Review docs from UST re IDI; email to clnt | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.58 | CLAIMS: Prepare Bar order Application and proposed Order; and proposed Notice to | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| | | | | Employees | |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.05 | FILING: Prepare Chambers copies Petition; Motions to Assume & Reject | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.05 | TEE: Review Notice of Appointment and TEE affidavit | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.11 | TEE: Download and review 3 Insurance policies provided | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.2 | TEE: Introductory Phone call from TEE and provide basics of the case and intents | 400.00 |
| Bankruptcy | Kisco Health & | 6/10/2020 | 0.25 | SCHEDULING: email from UST re IDI; email to clnt for date; phone w Chambers re Status Conference and Lease motions | 400.00 |
| Bankruptcy | Kisco Health & | 6/11/2020 | 0.03 | UST: Email from and reply to clnt re bank accts opened and voided check | 400.00 |
| Bankruptcy | Kisco Health & | 6/11/2020 | 0.3 | LEASE: Email from clnt, re no LL response, letter to LL Attorney and email | 400.00 |
| Bankruptcy | Kisco Health & | 6/11/2020 | 0.15 | LEASE: Calculate Rejection Claim | 400.00 |
| Bankruptcy | Kisco Health & | 6/11/2020 | 0.3 | FILING: Prepare Statement per 1116 (1) (B) re balance sheet etc; email to clnt | 400.00 |
| Bankruptcy | Kisco Health & | 6/11/2020 | 0.11 | UST IDI: email from UST w call in info; email to clnt | 400.00 |
| Bankruptcy | Kisco Health & | 6/12/2020 | 0.1 | UST: Emails from and reply to Clnt re voided checks, UST IDI forms and 1116 statement re balance sheet etc | 400.00 |
| Bankruptcy | Kisco Health & | 6/12/2020 | 0.2 | General: Email from and reply to clnt re PPP Loan Note and reply re PPP facts | 400.00 |
| Bankruptcy | Kisco Health & | 6/14/2020 | 0.65 | FILING & UST: Phone w clnt on questions; ZOOM to notarize 1116 statement; discuss IDI and the forms sent | 400.00 |
| Bankruptcy | Kisco Health & | 6/14/2020 | 0.21 | UST IDI: Download Dcos from client; review checklist | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.83 | UST: Review IDI attachments and documents from client, email Clnt with comments | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.15 | UST IDI: phone w TEE re 7-1 date too early, phone with D Li for other dates | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.28 | UST IDI: Phone with client on business history | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.03 | COURT: email from and reply to D Li re 7-1 conference date | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.26 | LEASE: Call to Old LL atty to confirm receipt of my email and knowledge of filing and moved; email to client | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.13 | MOR: Prepare and send master to client | 400.00 |
| Bankruptcy | Kisco Health & | 6/15/2020 | 0.18 | CLAIMS: File Bar Date Applic and email to Chambers | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.55 | LEASES: Finalize Motions to reject and assume and prepare for service | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.1 | UST IDI: email to UST Auditor all IDI Docs; email to Trustee History, A - D signed and equipment list | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.4 | LEASES: Half time service | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.18 | UST: Notes for client on IDI | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.01 | UST IDI: Phone with client reviewing IDI docs and procedures | 400.00 |
| Bankruptcy | Kisco Health & | 6/16/2020 | 0.7 | UST IDI: Review documents from Clnt; email questions; prepare documents for transmittal to UST | 400.00 |
| Bankruptcy | Kisco Health & | 6/17/2020 | 0.15 | UST TEE IDI: email from and reply to TEE w March Bank statement; send Payroll and Sales tax returns | 400.00 |
| Bankruptcy | Kisco Health & | 6/17/2020 | 0.16 | LEASE: Upload to ECF Motions to reject and assume | 400.00 |
| Bankruptcy | Kisco Health & | 6/18/2020 | 0.25 | IDI: Post phone call with clients | 400.00 |
| Bankruptcy | Kisco Health & | 6/18/2020 | 0.06 | NOT BILL TEE: Call from TEE pre IDI, re name spelling | 400.00 |
| Bankruptcy | Kisco Health & | 6/18/2020 | 0.51 | UST IDI held by phone | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 6/22/2020 | 0.36 | LL: email from client on July rent bill; reply to clnt; letter to LL and counsel re Stay violation and email and mail | 400.00 |
| Bankruptcy | Kisco Health & | 6/24/2020 | 0.03 | Gen'l: Call from client re Con Ed Bill | 400.00 |
| Bankruptcy | Kisco Health & | 6/25/2020 | 0.06 | Corresp: REturn VM from Jeff Feinerman, creditor, VM | 400.00 |
| Bankruptcy | Kisco Health & | 6/25/2020 | 0.11 | RETENTION: Orders and documents to Greg Zipes for No Objection | 400.00 |
| Bankruptcy | Kisco Health & | 6/26/2020 | 0.26 | CLAIMS: Prepare Notice of Bar Date; re-send order and docs to Chambers, copy UST | 400.00 |
| Bankruptcy | Kisco Health & | 6/26/2020 | 0.01 | UST: Call to G Zipes Esq re Retention orders, VM | 400.00 |
| Bankruptcy | Kisco Health & | 6/29/2020 | 0.13 | Retention: Add no objection from UST: email orders and supporting docs to Chambers | 400.00 |
| Bankruptcy | Kisco Health & | 6/30/2020 | 0.34 | CLAIMS: Put together mailing of Bar Notice and Claim Form; time cut in half | 400.00 |
| Bankruptcy | Kisco Health & | 6/30/2020 | 0.46 | CLAIMS: Download Bar Order & Notices; prepare for service; email clnt for employees addresses | 400.00 |
| Bankruptcy | Kisco Health & | 7/1/2020 | 0.1 | Claims Bar order: emails to and from clnt for new LL mailing address; re-mail | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.13 | GENL: Email retaining Order to Accountant; email clnt re 341 meeting and docs to have | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.2 | LEASE: Review key provisions of new lease | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.08 | CLAIMS: Prepare Employee Notice for service; affid of service | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.13 | 341: Call with Clnt re process | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.6 | 341: By phone with G Zipes Esq and V TEE; follow up phone with client | 400.00 |
| Bankruptcy | Kisco Health & | 7/2/2020 | 0.06 | TEE: Review and sent TEE UST calculation of lease rejection damages | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 7/6/2020 | 0.66 | Conference: Prepare Status Report | 400.00 |
| Bankruptcy | Kisco Health & | 7/6/2020 | 0.15 | FILE Status report; prepare and mail Chambers copy | 400.00 |
| Bankruptcy | Kisco Health & | 7/14/2020 | 0.3 | Status Conf: Email to Clnt re info needed for 7-20; register for 7-20 Court Solutions | 400.00 |
| Bankruptcy | Kisco Health & | 7/14/2020 | 0.35 | TEE: Phone w TEE on Plan outline | 400.00 |
| Bankruptcy | Kisco Health & | 7/14/2020 | 0.1 | PLAN: email Ideas to TEE for comment | 400.00 |
| Bankruptcy | Kisco Health & | 7/15/2020 | 0.2 | MOR: review June MOR and email comments to clnt; reply to clnt re next significant dates | 400.00 |
| Bankruptcy | Kisco Health & | 7/15/2020 | 0.2 | MOR: Emails from clnt with responses; prepare for filing | 400.00 |
| Bankruptcy | Kisco Health & | 7/15/2020 | 1.18 | PLAN: Call w Clnt, Sandy, reviewing concept, revenue history and projections on reopening | 400.00 |
| Bankruptcy | Kisco Health & | 7/15/2020 | 0.11 | MOR: download corrected report, prepare for filing and file | 400.00 |
| Bankruptcy | Kisco Health & | 7/19/2020 | 0.2 | PREP: REview docs for Monday hearing & status conference | 400.00 |
| Bankruptcy | Kisco Health & | 7/20/2020 | 0.4 | REview Notes and client excel prior to status conference hearing | 400.00 |
| Bankruptcy | Kisco Health & | 7/20/2020 | 0.08 | GENL: Email from and reply to clnt re creditor notice; review Lease orders ECF | 400.00 |
| Bankruptcy | Kisco Health & | 7/20/2020 | 0.19 | PLAN: Phone w TEE on Court discussions | 400.00 |
| Bankruptcy | Kisco Health & | 7/20/2020 | 0.3 | LEASES: Prepare Orders and email to Chambers, copies to Trustee | 400.00 |
| Bankruptcy | Kisco Health & | 7/20/2020 | 0.93 | COURT: Status Conference and Lease Motions | 400.00 |
| Bankruptcy | Kisco Health & | 7/23/2020 | 0.03 | CLAIMS: Review Tompkins Claim 2 PPP | 400.00 |
| Bankruptcy | Kisco Health & | 7/23/2020 | 0.06 | Email clnt about being a "health center" | 400.00 |
| Bankruptcy | Kisco Health & | 7/28/2020 | 0.1 | GEN: VM from a customer creditor; call back, leave detailed VM | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 7/29/2020 | 0.05 | GEN'L: email clnt re return mail from a client re different address | 400.00 |
| Bankruptcy | Kisco Health & | 7/30/2020 | 0.55 | PLAN: COntinue Draft of Plan | 400.00 |
| Bankruptcy | Kisco Health & | 7/30/2020 | 0.23 | PLAN: Begin draft of Plan | 400.00 |
| Bankruptcy | Kisco Health & | 7/31/2020 | 0.65 | PLAN: COntinue on Plan Draft | 400.00 |
| Bankruptcy | Kisco Health & | 8/3/2020 | 0.08 | TEE: Call from TEE re MOR and his accrued fees; working on Plan | 400.00 |
| Bankruptcy | Kisco Health & | 8/3/2020 | 0.03 | CLAIMS: review 35 Lex (former LL) POC | 400.00 |
| Bankruptcy | Kisco Health & | 8/3/2020 | 0.16 | LEASE: Serve Order Rejecting w Entry | 400.00 |
| Bankruptcy | Kisco Health & | 8/4/2020 | 0.05 | TEE: Email from TEE w fees and costs to date; reply for time records | 400.00 |
| Bankruptcy | Kisco Health & | 8/5/2020 | 0.76 | PLAN: Proofread and update Plan and Schedules; email to clnt with requests | 400.00 |
| Bankruptcy | Kisco Health & | 8/6/2020 | 0.5 | PLAN: Conference with clnt for Plan concept and exhibits required | 400.00 |
| Bankruptcy | Kisco Health & | 8/7/2020 | 0.06 | PLAN: Phone from client on changing projections due to continued closure | 400.00 |
| Bankruptcy | Kisco Health & | 8/9/2020 | 0.03 | GENL: email from and reply to clnt re NOA by Tompkins bank | 400.00 |
| Bankruptcy | Kisco Health & | 8/18/2020 | 0.86 | review client email on Plan and Exhibits; reply with answers to questions and my clarifying questions | 400.00 |
| Bankruptcy | Kisco Health & | 8/18/2020 | 0.46 | PLAN: Update Plan based on Client docs and consistency | 400.00 |
| Bankruptcy | Kisco Health & | 8/18/2020 | 0.28 | Review Contract of Sale | 400.00 |
| Bankruptcy | Kisco Health & | 8/18/2020 | 0.21 | TEE: Return call to TEE re Plan Draft | 400.00 |
| Bankruptcy | Kisco Health & | 8/18/2020 | 0.1 | MOR: Email to client for July MOR and to add professional fees due | 400.00 |
| Bankruptcy | Kisco Health & | 8/20/2020 | 0.85 | PLAN: Complete updated Plan, per TEE comments, email to TEE, email to clnt with request to tighten up Exhibits | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| Bankruptcy | Kisco Health & | 8/20/2020 | 0.1 | MOR: email from and reply tro client re MOR form for July | 400.00 |
| Bankruptcy | Kisco Health & | 8/20/2020 | 0.53 | PLAN: TEE calls and discuss Draft and language revsions | 400.00 |
| Bankruptcy | Kisco Health & | 8/21/2020 | 0.25 | Plan: Phone from clnt, finalize exhibits; email to chambers; phone with TEE re email to Judge | 400.00 |
| Bankruptcy | Kisco Health & | 8/21/2020 | 0.15 | PLAN: Email from and reply to client re getting Plan to the Judge | 400.00 |
| Bankruptcy | Kisco Health & | 8/21/2020 | 0.2 | PLAN: PHone from client confirming docs are good; discuss procedures and timing to come. | 400.00 |
| Bankruptcy | Kisco Health & | 8/24/2020 | 0.31 | MOR: review July MOR; email clnt apparent errors or inconsistencies | 400.00 |
| Bankruptcy | Kisco Health & | 8/25/2020 | 0.16 | MOR: Review corrected MOR July; file on ECF | 400.00 |
| Bankruptcy | Kisco Health & | 8/25/2020 | 0.6 | PLAN: Draft 3, incorporate Chambers comments; create blacklined and clean drafts | 400.00 |
| Bankruptcy | Kisco Health & | 8/25/2020 | 0.23 | TEE: Call w TEE about Chambers comments and fixing Fees | 400.00 |
| Bankruptcy | Kisco Health & | 8/25/2020 | 0.11 | PLAN: Email to clnt re Plan comments and $$ contribution | 400.00 |
| Bankruptcy | Kisco Health & | 8/26/2020 | 0.3 | PLAN: TEE call with suggested changes to Plan re Chambers comments | 400.00 |
| Bankruptcy | Kisco Health & | 8/26/2020 | 0.73 | PLAN: Incorporate TEE comments into Plan; other changes; email to TEE | 400.00 |
| Bankruptcy | Kisco Health & | 8/27/2020 | 0.15 | PLAN: Telephone with client about contribution to the Plan | 400.00 |
| Bankruptcy | Kisco Health & | 8/27/2020 | 0.18 | PLAN: revisions based on Debtor Pal contribution and Opening restrictions | 400.00 |
| Bankruptcy | Kisco Health & | 8/27/2020 | 0.15 | PLAN: Call from TEE re the capital infusion and distribution amounts | 400.00 |
| Bankruptcy | Kisco Health & | 9/1/2020 | 0.56 | PLAN: Begin final draft of Plan, based on | 400.00 |

# Detailed Projects Report

5/1/2020 - 9/30/2020

| Client name | Project name | Date performed | Hours | Description | Rate |
|---|---|---|---|---|---|
| | | | | Chamber's comments | |
| Bankruptcy | Kisco Health & | 9/2/2020 | 0.2 | PLAN: FIle; email Chambers Order fixing dates | 400.00 |
| Bankruptcy | Kisco Health & | 9/2/2020 | 0.85 | PLAN: Complete Final Draft of Plan | 400.00 |
| Bankruptcy | Kisco Health & | 9/2/2020 | 0.61 | PLAN: Prepare Order fixing dates; ballot | 400.00 |
| Bankruptcy | Kisco Health & | 9/2/2020 | 0.2 | PLAN: emails to and from clnt re time to fund the Plan | 400.00 |
| Bankruptcy | Kisco Health & | 9/9/2020 | 0.1 | GENL: Call from client re signage at old place | 400.00 |
| Bankruptcy | Kisco Health & | 9/14/2020 | 0.4 | PLAN: Update Ballot and Plan Notice, to confirm with Order; Prepare for service 48.5 minutes. Billed half time | 400.00 |
| Bankruptcy | Kisco Health & | 9/14/2020 | 0.03 | PLAN: email clnt for PPP forgiveness update | 400.00 |
| Bankruptcy | Kisco Health & | 9/14/2020 | 0.21 | PLAN: Check and update Service Addresses list per Claims and NOA | 400.00 |
| Bankruptcy | Kisco Health & | 9/15/2020 | 0.2 | PLAN: Tel w Tee re Plan income language | 400.00 |
| Bankruptcy | Kisco Health & | 9/16/2020 | 0.1 | TEE: TEE phone call on Amended Projections footnote | 400.00 |
| Bankruptcy | Kisco Health & | 9/16/2020 | 0.16 | General: Call back clnt re Life Estate for Mom | 400.00 |
| Bankruptcy | Kisco Health & | 9/16/2020 | 0.21 | MOR: Review August MOR, email to client with a correction | 400.00 |
| Bankruptcy | Kisco Health & | 9/17/2020 | 0.24 | PLAN: File on ECF Amended Schedule B; and affid of service | 400.00 |
| Bankruptcy | Kisco Health & | 9/17/2020 | 2.06 | Plan Affid of Service | 400.00 |

Total: 46.53